IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MEGHAN GLASSON | CIVIL ACTION |
|---|---|
| v. | NO. 19-5023 |
| CITIZENS BANK OF PENNSYLVANIA | |

## ORDER RE SUMMARY JUDGMENT

**AND NOW**, this 17th day of June, 2021 after careful consideration of Defendant Citizens Bank of Pennsylvania's Motion for Summary Judgment (ECF 30), Plaintiff Meghan Glasson's Response (ECF 32, 33, 34), Defendant's Reply (ECF 35), and Plaintiff's Sur-reply (ECF 40), for the reasons stated in the attached memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 19\19-5023 Glasson v Citizens Bank\19-5023 Order Re SJ.docx